UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATHEW SCHEETZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE INSURANCE AGENCY, INC., and DOES 1-50 inclusive,<br><br>Defendants. | Case No.: 1:12-cv-4113-PKC<br><br>ECF Case |

## STIPULATION AND CASE MANAGEMENT REPORT

Plaintiff Matthew Scheetz, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A. and Chase Insurance Agency, Inc. (together "Chase" or "Defendants") (collectively the "Parties") respectfully submit the following Stipulation and Case Management Report:

WHEREAS, following a series of mediation sessions the last of which occurred on February 15, 2013, the Parties have now reached a settlement in principal and term sheet that has been memorialized in a Confidential Memorandum of Understanding ("MOU") and signed by all parties;

WHEREAS, the pending settlement seeks to globally resolve all claims on a nationwide basis with respect to all class members alleged to be similarly situated in certain lender-placed flood insurance cases pending around the nation, including this action;

WHEREAS, because the tentative national settlement class encompasses other pending lender-placed insurance class actions involving flood insurance, the Parties believe that it is

A/75406720.1

efficient and appropriate to seek federal court approval of the class action settlement in the first-filed case that is subject to the settlement, *Clements v. JP Morgan Chase Bank, N.A.*, No. 3:12-cv-02179 (N.D. Cal.);

WHEREAS, the Parties have therefore agreed that a consolidated amended complaint will be filed in the action captioned *Clements v. JP Morgan Chase Bank, N.A.*, No. 3:12-cv-02179 (N.D. Cal.), which will include the named Plaintiff in this case and the other cases that are subject to the settlement;

**IT IS THEREFORE STIPULATED AND AGREED**:

The Parties shall file in this action a Stipulation Regarding Voluntary Dismissal, without prejudice and without costs.

**IT IS SO STIPULATED.**

Dated: June 28, 2013

ARNOLD & PORTER LLP

By: _____
Peter Obstler
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Tel: (415) 471-3363
Fax: (415) 471-3400
Email: Peter.Obstler@aporter.com

*Attorneys for Defendant JP Morgan Chase Bank, N.A. and Chase Insurance Agency, Inc*

Dated: June 28, 2013

BERGER & MONTAGUE, P.C.

By: _____
Shanon J. Carson
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net

*Attorneys for Plaintiff Mathew Scheetz*

A/75406720.1